ADORNO & YOSS, LLP
Thomas L. Peterson (Bar No. 392,329)
1000 Vermont Avenue, NW, Suite 450
Washington, DC 20005
Attorneys For Plaintiff
Telephone: (202) 408-5700
Facsimile: (202)408-7677
tpeterson@adorno.com
Attorneys for Plaintiff
   Joseph A. Fleming

## UNITED STATES DISTRICT COURT
## FOR DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOSEPH A. FLEMING | } | |
|    Plaintiff | } | Civil Action No.1:05CV01333-RWR |
| | } | |
| v. | } | |
| | } | |
| FORD MOTOR COMPANY | } | JURY DEMAND |
|    Defendant | } | |

### SUMMONS AND RETURN OF SERIVE

COMES NOW the Plaintiff, Joseph A. Fleming, by and through his attorneys of record, and submit the attached Summons and Return of Service which were served on Defendant Ford Motor Company's agent of record.

RESPECTFULLY SUBMITTED this _16th_ day of September, 2005

ADORNO & YOSS, LLP

_/s/ Thomas L. Peterson_
Thomas L. Peterson
Bar No. 392,329
Suite 450
1000 Vermont Avenue, NW
Washington, DC 20005
Telephone: (202) 408-5700
Facsimile: (202) 408-7677

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Joseph A. Fleming
      An Individual

V.

Ford Motor Company
      A MichiganCorporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CASE NUMBER 1:05CV01333
JUDGE: Richard W. Roberts
DECK TYPE: General Civil
DATE STAMP: 07/01/2005

TO: (Name and address of Defendant)

Ford Motor Company
The American Road
Dearborn, MI 48126

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas L. Peterson
Adorno & Yoss, LLP
1000 Vermont Avenue, NW
Suite 450
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within    20    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      JUL 0 1 2005
CLERK      DATE

_(signature)_
(By) DEPUTY CLERK

AO 440  (Rev. 8/01)   Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>9/12/2005 @ 3:30 p.m. |
| NAME OF SERVER *(PRINT)*<br>Michael T. O'Rourke | TITLE<br>Special Process Server |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant by serving   Brian Penrod, section head process c/o Corporation Trust Co., 1209 Orange Street, Wilmington, DE 19801

30, M, W, 5'10", 170 pounds, brown hair, no glasses

[ ]   Left copies thereof at the defendant's house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were

[ ]   Returned unexecuted:

[ ]   Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9/13/2005
                    Date

*[signature]*
Michael T. O'Rourke

O'ROURKE INVESTIGATIVE ASSOCIATES, INC.
1225 King Street, Suite 400
P. O. Box 368
Wilmington, DE  19899-0368

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure