AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

JOSEPH A. FLEMING

        Plaintiff(s)  )
)  **APPEARANCE**
)
)
        vs.  )  CASE NUMBER   1:05-cv-01333-RWR
FORD MOTOR COMPANY )
)
        Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of __John R. Hutchins__ as counsel in this
                                           (Attorney's Name)

case for:  __Ford Motor Company, One American Road, Dearborn, MI 48126__
                             (Name of party or parties)

October 3, 2005
Date

/s/ John Hutchins
Signature

John R. Hutchins
Print Name

456749
BAR IDENTIFICATION

1500 K Street, N.W., Suite 700
Address

Washington, DC   20005
City       State       Zip Code

(202) 220-4200
Phone Number

## CERTIFICATE OF SERVICE

I, Eric Kiltinen, hereby certify that on this 3rd day of October, 2005, I caused the foregoing ENTRY OF APPEARANCE OF JOHN R. HUTCHINS FOR FORD MOTOR COMPANY to be served via e-mail upon:

Thomas L. Peterson
ADORNO & YOSS
1000 Vermont Avenue, N.W., Suite 450
Washington, DC 20005
(202) 408-5700

*Counsel for Joseph A. Fleming*

Eric Kiltinen
Litigation Paralegal
KENYON & KENYON
1500 K Street, NW, Suite 700
Washington, DC 20005
(202) 220-4200
(202) 220-4201 (facsimile)