IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH A. FLEMING,<br><br>                Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY<br>One American Road<br>Dearborn, MI 48126,<br><br>                Defendant. | Civil Action No. 1:05-cv-01333-RWR |

**STIPULATED EXTENSION OF TIME TO ANSWER**

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the time within which the defendant may answer or otherwise respond to plaintiff's complaint be extended an additional 30 days from October 3, 2005 up to and including November 2, 2005.

Dated: October 3, 2005.

By: _/s/ Thomas L. Peterson_
Thomas L. Peterson
Bar Number 392,329
ADORNO & YOSS
Suite 450
1000 Vermont Avenue, N.W.
Washington, DC 20005
(202) 408-5700
Attorneys for Plaintiff

By: _/s/ John R. Hutchins_
John R. Hutchins
Bar Number 456,749
KENYON & KENYON
1500 K Street, N.W.
Ste 700
Washington, DC 20005
(202) 220-4217
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, Eric Kiltinen, hereby certify that on this 3rd day of October, 2005, I caused the foregoing STIPULATED EXTENSION OF TIME TO ANSWER to be served via e-mail upon:

Thomas L. Peterson
ADORNO & YOSS
1000 Vermont Avenue, N.W., Suite 450
Washington, DC 20005
(202) 408-5700

*Counsel for Joseph A. Fleming*

Eric Kiltinen
Litigation Paralegal
KENYON & KENYON
1500 K Street, NW, Suite 700
Washington, DC 20005
(202) 220-4200
(202) 220-4201 (facsimile)