CO-386-online
10/03

# United States District Court
# For the District of Columbia

Joseph A. Fleming )
)
)
)
vs         Plaintiff )      Civil Action No. __1:05cv1333 RWR__
)
)
Ford Motor Company )
)
Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Ford Motor Company__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Ford Motor Company__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ John R. Hutchins_
Signature

__456,749__
BAR IDENTIFICATION NO.

John R. Hutchins
Print Name

**KENYON & KENYON**
Address

1500 K. Street, N.W., Suite 700, Washington, D.C. 20005
City     State     Zip Code

(202) 220-4217
Phone Number