UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH A. FLEMING, | } |
| Plaintiff, | } |
| vs. | } Case No. 1:05CV01333 |
| FORD MOTOR COMPANY, | } JUDGE: Richard W. Roberts |
| Defendant. | } |

**[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIM PLAINTIFF FORD MOTOR COMPANY'S MOTION TO TRANSFER UNDER 28 U.S.C. § 1404(A)**

Upon the reading and consideration of Defendant and Counterclaim Plaintiff Ford Motor Company's Motion to Transfer and the brief and documents filed in support thereof, and the court being fully advised in the premises;

**IT IS HEREBY ORDERED** that this case is transferred to the United States District Court for the Eastern District of Michigan, preferably to be assigned to the docket of the Honorable Lawrence Zatkoff, United States District Judge for the Eastern District of Michigan.

_____
Richard W. Roberts
U.S. District Court Judge

Order Entered: _____