# ADORNO & YOSS
### A LIMITED LIABILITY PARTNERSHIP

1000 VERMONT AVENUE, NW
SUITE 450
WASHINGTON, DC 20005
PHONE: (202) 408-5700, FAX: (202) 408-7677
WWW.ADORNO.COM

THOMAS L. PETERSON                                           EMAIL: TPETERSON@ADORNO.COM

**This letter constitutes an offer to compromise and is
governed by Rule 408 of The Federal Rules Of Evidence.**

October 6, 2005

*Via Facsimile*
John R. Hutchins, Esq.
Kenyon & Kenyon
1500 K Street, NW
Washington, DC 20005

Re: **Fleming v. Ford Motor Company (Civil Action No: 05-1333(RWR))**

Dear John:

Thank you for your letter of September 28, 2005 responding to my letter of September 23. I will respond in like numbered paragraph to your letter.

1.  As you probably know from reviewing the Fleming patent, it was assigned on its face to Christopher Shoulder, L.L.C., an Illinois limited liability company. The inventors, Joseph A. Fleming (the Plaintiff herein), Jo A. Fleming (Plaintiff Fleming's wife), and Lawrence E. Fleming, (now deceased and Plaintiff Fleming's brother) assigned their rights in the invention to Christopher Shoulder in exchange for an ownership interest in the company.

Christopher Shoulder was dissolved by action of the Illinois Office of the Secretary of State on March 9, 1998. See the attached document from the Secretary of State's office. As I understand it, Christopher Shoulder incurred no debt, had no employees and was never a functioning company. Upon dissolution, all assets of Christopher Shoulder reverted back to their original owners. Thus, ownership interest in the Fleming patent was restored to the inventors, either one of which can and could have enforced the patent.

2.  The Ford F-150 truck series and all other models which use the supplemental restrain control system used in the F-150 are believed to infringe the Fleming patent. Other models include the Ford Taurus automobile and the Ford Focus automobile.

3. Representative claim charts are attached. These charts read claims 1, 9 and 13 of the Fleming patent onto the supplemental restraint control system that is believed to be used in the Ford F-150 truck. The charts are based on pages from what we believe is a service manual for the F-150. Other claims of the Fleming patent also are believed to be infringed based a visual inspection of Ford products, such as the F-150, Taurus and Focus.

4. Attached is a copy of an undated document which Mr. Fleming sent to Mr. Fu describing the air bag technology. The discussions with Mr. Fu were by telephone and began in November of 1996. The discussions concluded the next month with a statement by Mr. Fu that after the Christmas holidays, he would have a contract prepared for Ford's purchase of the technology from Mr. Fleming. That was the last that Mr. Fleming heard from Mr. Fu and he was unable to reach him thereafter.

If you have any further questions, please do not hesitate to contact me.

Very truly yours,

Thomas L. Peterson

TLP/
w/enclosures

# WEIGHT PRESSURE SENSOR

*Daniel Jr.*

THE WEIGHT PRESSURE SENSOR IS DESIGNED TO KEEP THE AIR BAG ON
*Both seats*
THE RIGHT SIDE OF THE PASSENGER SEAT FROM GOING OFF AND KILLING OR INJURING CHILDREN WHO MAY BE RIDING IN THE PASSENGER SEAT.

THE SENSOR IS MADE UP OF A ROD, CYLINDER, ATTACHING LUGS AND A PRESSURE SWITCH.

THE CYLINDER HOLDS A DETERMINED AMOUNT OF PRESSURE. WHEN THE ROD IS COMPRESSED THE PRESSURE WILL INCREASE AND CLOSE THE PRESSURE SWITCH THUS MAKING THE CONNECTION TO OPEN THE AIR BAG IF AN ACCIDENT HAPPENS. IF A CHILD WOULD USE THE PASSENGER SEAT, HE OR SHE WOULD NOT WEIGHT ENOUGH TO CLOSE THE SWITCH TO THE AIR BAG.

THE CYLINDER CAN BE MADE IN DIFFERENT SIZES AND SET AT DIFFERENT PRESSURES. THE SENSOR SHOULD MOUNT IN THE CENTER OF THE TRACK WITH A SLIDE BRACKET AT THE REAR. BEING IN THE CENTER, THE ADULT WOULD CLOSE THE CURCUIT EASILY. THE WEIGHT OF A CHILD WOULD NOT.

THE REASON THE PRESSURE SENSOR WOULD WORK AND THE OTHERS WOULD NOT IS WITH THE PRESSURE SENSOR WORKS BY HYDRAULICS WHICH WOULD NOT LOSE ITS PRESSUSE FOR A FEW SECONDS IF THE ADULT LEFT THE SEAT. THE ELECTRIC SENSOR WOULD NOT.

THIS DESIGN CAN ALSO SAVE A GREAT DEAL OF MONEY. IF AN ACCIDENT HAPPENS, BOTH BAGS DEPLOY, WITH THIS DEVICE, THE RIGHT SIDE WOULD NOT, SAVING THE AIR BAG, DASH AND IN SOME CASES, THE WINDSHIELD

JOE FLEMING

1902 W. PRICE
TUCSON, ARIZ. 85705
520-888-7033