# Mileage Matters

Mileage chart

This handy chart offers more than 5,300 mileages covering 90 North American cities and U.S. national parks. Want more mileages? Just go to www.randmcnally.com, enter this page's Express Access Code (MC), then type in any two cities or addresses.

randmcnally.com

Express Access Code MC

Wichita KS, Washington DC, Seattle WA, San Francisco CA, San Diego CA, San Antonio TX, Salt Lake City UT, St. Louis MO, Reno NV, Rapid City SD, Portland OR, Portland ME, Pittsburgh PA, Phoenix AZ, Philadelphia PA, Orlando FL, Omaha NE, Oklahoma City OK, Norfolk VA, New York NY, New Orleans LA, Nashville TN, Minneapolis MN, Milwaukee WI, Miami FL, Memphis TN, Louisville KY, Los Angeles CA, Little Rock AR, Las Vegas NV, Kansas City MO, Jacksonville FL, Jackson MS, Indianapolis IN, Houston TX, Hartford CT, Grand Junction CO, Fargo ND, El Paso TX, Detroit MI, Des Moines IA, Denver CO, Dallas TX, Columbus OH, Columbia SC, Cleveland OH, Chicago IL, Cheyenne WY, Charlotte NC, Charleston WV, Charleston SC, Buffalo NY, Boston MA, Boise ID, Birmingham AL, Billings MT, Baltimore MD, Atlanta GA, Albuquerque NM, Albany NY

Acadia N.P. ME, Albany NY, Albuquerque NM, Amarillo TX, Atlanta GA, Baltimore MD, Big Bend N.P. TX, Billings MT, Birmingham AL, Boise ID, Boston MA, Brownsville TX, Buffalo NY, Calgary AB, Charleston SC, Charleston WV, Charlotte NC, Cheyenne WY, Chicago IL, Cincinnati OH, Cleveland OH, Columbia SC, Columbus OH, Crater Lake N.P. OR, Dallas TX, Denver CO, Des Moines IA, Detroit MI, El Paso TX, Fargo ND, Grand Canyon N.P. AZ, Grand Junction CO, Great Smoky Mts N.P., Hartford CT, Houston TX, Indianapolis IN, Jackson MS, Jacksonville FL, Kansas City MO, Las Vegas NV, Little Rock AR, Los Angeles CA, Louisville KY, Memphis TN, Mexico City MX, Miami FL, Milwaukee WI, Minneapolis MN, Mobile AL, Montpelier VT, Montreal QC, Nashville TN, New Orleans LA, New York NY, Norfolk VA, Oklahoma City OK, Olympic N.P. WA, Omaha NE, Orlando FL, Philadelphia PA, Phoenix AZ, Pittsburgh PA, Portland ME, Portland OR, Québec QC, Raleigh NC, Rapid City SD, Regina SK, Reno NV, St. Louis MO, Salt Lake City UT, San Antonio TX, San Diego CA, San Francisco CA, Sault Ste. Marie ON, Savannah GA, Seattle WA, Shenandoah N.P. VA, Shreveport LA, Spokane WA, Tampa FL, Thunder Bay ON, Toronto ON, Tucson AZ, Vancouver BC, Washington DC, Wichita KS, Winnipeg MB, Yellowstone N.P. WY, Yosemite N.P. CA

Mileages in this chart are based upon the routes usually followed by motorists: highway systems [illegible] U.S., and state highways.

Mileages ©Rand McNally

EXHIBIT 4