# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| DISTRICT OF COLUMBIA | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 3,121 | 3,461 | 3,382 | 3,377 | 3,682 | 3,984 | | |
| | Terminations | | 3,365 | 3,101 | 3,159 | 3,291 | 3,517 | 3,498 | | |
| | Pending | | 4,422 | 4,656 | 4,338 | 4,151 | 4,069 | 3,921 | | |
| | % Change in Total Filings | Over Last Year | | -9.8 | | | | | 84 | |
| | | Over Earlier Years | | | -7.7 | -7.6 | -15.2 | -21.7 | 89 | - |
| | Number of Judgeships | | 15 | 15 | 15 | 15 | 15 | 15 | | |
| | Vacant Judgeship Months** | | .0 | 3.1 | 17.1 | 27.4 | 27.3 | 31.5 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 208 | 231 | 225 | 225 | 245 | 266 | 90 | - |
| | | Civil | 163 | 184 | 179 | 197 | 224 | 238 | 87 | - |
| | | Criminal Felony | 32 | 35 | 34 | 28 | 21 | 28 | 88 | - |
| | | Supervised Release Hearings** | 13 | 12 | 12 | - | - | - | 65 | - |
| | Pending Cases | | 295 | 310 | 289 | 277 | 271 | 261 | 78 | - |
| | Weighted Filings** | | 261 | 280 | 271 | 284 | 277 | 293 | 89 | - |
| | Terminations | | 224 | 207 | 211 | 219 | 234 | 233 | 89 | - |
| | Trials Completed | | 15 | 15 | 12 | 12 | 11 | 12 | 71 | - |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 12.8 | 10.2 | 9.6 | 7.7 | 7.2 | 7.3 | 91 | - |
| | | Civil** | 10.3 | 10.3 | 10.5 | 9.8 | 9.9 | 8.7 | 59 | - |
| | From Filing to Trial** (Civil Only) | | 27.4 | 25.0 | 29.0 | 24.0 | 24.0 | 24.0 | 65 | - |
| OTHER | Civil Cases Over 3 Years Old** | Number | 408 | 445 | 359 | 282 | 231 | 150 | | |
| | | Percentage | 12.8 | 12.7 | 11.1 | 8.6 | 6.9 | 4.6 | 87 | - |
| | Average Number of Felony Defendants Filed Per Case | | 1.5 | 1.3 | 1.4 | 1.3 | 1.4 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 75.49 | 85.69 | 93.32 | 69.99 | 80.53 | 75.71 | | |
| | | Percent Not Selected or Challenged | 50.4 | 56.6 | 55.7 | 51.9 | 56.8 | 53.9 | | |

| 2004 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2449 | 23 | 38 | 491 | 24 | 33 | 173 | 150 | 265 | 60 | 657 | 26 | 509 |
| Criminal* | 475 | 11 | 6 | 219 | - | 7 | 121 | ** | 4 | 40 | 7 | 4 | 56 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

EXHIBIT **6**

## U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | MICHIGAN EASTERN | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 5,679 | 5,843 | 5,706 | 5,432 | 6,294 | 7,160 | | |
| | Terminations | | 5,534 | 5,400 | 5,585 | 5,416 | 6,771 | 6,756 | | |
| | Pending | | 20,097 | 19,876 | 19,441 | 19,342 | 19,373 | 19,795 | | |
| | % Change in Total Filings | Over Last Year | -2.8 | | | | | | 64 | 6 |
| | | Over Earlier Years | | -.5 | 4.5 | -9.8 | -20.7 | | 88 | 9 |
| | Number of Judgeships | | 15 | 15 | 15 | 15 | 15 | 15 | | |
| | Vacant Judgeship Months** | | 27.5 | 24.0 | 24.0 | 20.0 | 18.1 | 9.0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 379 | 389 | 380 | 362 | 420 | 477 | 69 | 8 |
| | | Civil | 325 | 329 | 327 | 329 | 387 | 438 | 52 | 7 |
| | | Criminal Felony | 40 | 45 | 40 | 33 | 33 | 39 | 83 | 9 |
| | | Supervised Release Hearings** | 14 | 15 | 13 | - | - | - | 59 | 8 |
| | Pending Cases | | 1,340 | 1,325 | 1,296 | 1,289 | 1,292 | 1,320 | 3 | 1 |
| | Weighted Filings** | | 406 | 426 | 404 | 387 | 396 | 380 | 67 | 8 |
| | Terminations | | 369 | 360 | 372 | 361 | 451 | 450 | 69 | 9 |
| | Trials Completed | | 12 | 11 | 13 | 13 | 11 | 15 | 80 | 7 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 11.4 | 9.8 | 11.0 | 11.4 | 10.1 | 13.0 | 84 | 8 |
| | | Civil** | 9.7 | 9.7 | 9.4 | 9.4 | 9.7 | 9.5 | 49 | 2 |
| | From Filing to Trial** (Civil Only) | | 22.0 | 23.8 | 21.0 | 21.7 | 20.5 | 22.2 | 41 | 6 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 14,923 | 14,876 | 14,857 | 14,763 | 10,456 | 67 | | |
| | | Percentage | 77.5 | 77.8 | 79.1 | 78.7 | 55.7 | .4 | 93 | 9 |
| | Average Number of Felony Defendants Filed Per Case | | 1.6 | 1.5 | 1.6 | 1.8 | 1.9 | 1.6 | | |
| | Jurors | Avg. Present for Jury Selection | 56.08 | 61.29 | 44.52 | 38.79 | 39.34 | 48.01 | | |
| | | Percent Not Selected or Challenged | 44.4 | 52.4 | 44.0 | 38.0 | 42.1 | 44.2 | | |

| 2004 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 4871 | 240 | 235 | 918 | 78 | 62 | 643 | 561 | 463 | 178 | 817 | 9 | 667 |
| Criminal* | 585 | 49 | 20 | 135 | 1 | 32 | 169 | ** | 5 | 104 | 1 | 17 | 52 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."