**ADORNO & YOSS, LLP**
Thomas L. Peterson (Bar No. 392,329)
1000 Vermont Avenue, NW, Suite 450
Washington, DC 20005
Attorneys For Plaintiff
Telephone: (202) 408-5700
Facsimile: (202)408-7677
tpeterson@adorno.com

## UNITED STATES DISTRICT COURT
## FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH A. FLEMING<br>     Plaintiff | Civil Action No. 1:05-CV-01333-RWR |
| v. | |
| FORD MOTOR COMPANY<br>     Defendant and Counterclaim Plaintiff | JURY DEMAND |

### STIPULATED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF JOSEPH A. FLEMING TO REPLY TO DEFENDANT AND COUNTERCLAIM PLAINTIFF FORD MOTOR COMPANY'S MOTION TO TRANSFER

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff Joseph A. Fleming, through his attorneys, files this motion for an enlargement of the time for Plaintiff to reply to Defendant and Counterclaim Plaintiff Ford Motor Company's motion to transfer the instant case to the United States District Court for the Eastern District of Michigan.

The parties are engaged in settlement discussions which has necessitated the exchange of documents between Plaintiff and a third party. In order to complete the exchange of such documents and engage in meaningful settlement discussions, Plaintiff request a 30 day extension of time for Plaintiff to reply and otherwise respond to Defendant's motion to transfer up to and including December 13, 2005.

Counsel for Defendant and Counterclaim Plaintiff has advised the undersigned that this motion will not be opposed.

RESPECTFULLY SUBMITTSED this 14th day of November, 2005.

ADORNO & YOSS, LLP

_____
Thomas L. Peterson
Bar No. 392,329
Suite 450
1000 Vermont Avenue, NW
Washington, DC 20005
(202) 408-5700

UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH A. FLEMING<br>    Plaintiff | Civil Action No. 1:05-CV-01333-RWR |
| v. | |
| FORD MOTOR COMPANY<br>   Defendant and Counterclaim Plaintiff | JURY DEMAND |

### ORDER GRANTING PLAINTIFF JOSEPH A. FLEMING'S MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANT AND COUNTERCLAIM PLAINTIFF FORD MOTOR COMPANY'S MOTION TO TRANSFER

Upon the reading and consider of Plaintiff Joseph A. Fleming's Motion For Extension of Time to reply to Defendant and Counterclaim Plaintiff Ford Motor Company's Motion to Transfer;

IT IS HEREBY ORDERED that the motion is granted and that the time for Plaintiff to reply and otherwise respond to Defendant's motion to transfer is extended up to and including December 13, 2005.

_____
Richard W. Rogers
U.S. District Judge

Order Entered: _____