ADORNO & YOSS, LLP
Thomas L. Peterson (Bar No. 392,329)
1000 Vermont Avenue, NW, Suite 450
Washington, DC 20005
Attorneys For Plaintiff
Telephone: (202) 408-5700
Facsimile: (202)408-7677
tpeterson@adorno.com

UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOSEPH A. FLEMING | } | |
| Plaintiff | } | Civil Action No. 1:05-CV-01333-RWR |
| | } | |
| v. | } | |
| | } | |
| FORD MOTOR COMPANY | } | JURY DEMAND |
| Defendant and Counterclaim Plaintiff | } | |

**STIPULATED EXTENSION OF TIME TO ANSWER COUNTERCLAIM**

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the time within which the Plaintiff and Counterclaim Defendant Joseph A. Fleming may answer or otherwise respond to Counterclaim Plaintiff's counterclaim be extended up to and including December 13, 2005.

Dated: November 22, 2005.

By: _/s/ Thomas L. Peterson_
Thomas L. Peterson
Bar Number 392,329
ADORNO & YOSS, LLP
Suite 450
1000 Vermont Avenue, N.W.
Washington, DC 20005
(202) 408-5700
Attorneys for Plaintiff

By: _/s/ John R. Hutchins_
John R. Hutchins
Bar Number 456,749
KENYON & KENYON
1500 K Street, N.W.
Ste 700
Washington, DC 20005
(202) 220-4217
Attorneys for Defendant