**ADORNO & YOSS, LLP**
Thomas L. Peterson (Bar No. 392,329)
1000 Vermont Avenue, NW, Suite 450
Washington, DC 20005
Attorneys For Plaintiff
Telephone: (202) 408-5700
Facsimile: (202) 408-7677
tpeterson@adorno.com

UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH A. FLEMING       } | |
|     Plaintiff       } | Civil Action No. 1:05-CV-01333-RWR |
| } | |
| v.       } | |
| } | |
| FORD MOTOR COMPANY       } | JURY DEMAND |
|    Defendant and Counterclaim Plaintiff  } | |

**STIPULATED MOTION FOR A SECOND EXTENSION OF TIME FOR PLAINTIFF JOSEPH A. FLEMING TO**

**REPLY TO DEFENDANT AND COUNTERCLAIM PLAINTIFF FORD MOTOR COMPANY'S MOTION TO TRANSFER**

**AND**

<u>**FOR PLAINTIFF TO ANSWER COUNTERCLAIMS**</u>

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff Joseph A. Fleming ("Plaintiff"), through his attorneys, files this motion for a second enlargement of the time for Plaintiff to reply to Defendant and Counterclaim Plaintiff Ford Motor Company's ("Defendant") motion to transfer the instant case to the United States District Court for the Eastern District of Michigan and for Plaintiff to answer or otherwise respond to Defendant's counterclaims.

As previously reported to the Court, the parties are engaged in settlement discussions with a further settlement meeting scheduled for December 19, 2005. In order to allow the parties additional time to reach a settlement of this civil action, Plaintiff requests a second 30-day extension of time up to and including January 13, 2006 for Plaintiff to reply to Defendant's motion to transfer and to answer or otherwise respond to Defendant's counterclaims. It is believed that judicial economy will be served by the granting of this motion.

Counsel for Defendant and Counterclaim Plaintiff has advised the undersigned that this motion will not be opposed.

RESPECTFULLY SUBMITTED this 13th day of December, 2005.

ADORNO & YOSS, LLP

_____
Thomas L. Peterson
Bar No. 392,329
Suite 450
1000 Vermont Avenue, NW
Washington, DC 20005
(202) 408-5700

UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

JOSEPH A. FLEMING }
    Plaintiff } Civil Action No. 1:05-CV-01333-RWR
}
v. }
}
FORD MOTOR COMPANY } JURY DEMAND
    Defendant and Counterclaim Plaintiff }

**ORDER GRANTING PLAINTIFF JOSEPH A. FLEMING'S MOTION
FOR EXTENSION OF TIME TO REPLY TO DEFENDANT AND
COUNTERCLAIM PLAINTIFF FORD MOTOR COMPANY'S MOTION
TO TRANSFER AND TO ANSWER COUNTERCLAIMS**

Upon the reading and consider of Plaintiff Joseph A. Fleming's Motion For Extension of Time to reply to Defendant and Counterclaim Plaintiff Ford Motor Company's Motion to Transfer and For Plaintiff to Answer Counterclaims;

IT IS HEREBY ORDERED that the motion is granted and that the time for Plaintiff to reply and otherwise respond to Defendant's motion to transfer and to answer Defendant's counterclaims is extended up to and including January 13, 2006.

                                              Richard W. Rogers
                                              U.S. District Judge

Order Entered: _____