UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH A. FLEMING, }<br>}<br>Plaintiff, }<br>}<br>vs. }<br>}<br>FORD MOTOR COMPANY, }<br>}<br>Defendant. }<br>}<br>} | Case No. 1:05CV01333<br><br>JUDGE: Richard W. Roberts |

## NOTICE OF CHANGE OF <u>NAME AND STATUS</u>

Pursuant to Local Rule LCvR5.1(e)(1) please take notice that KENYON & KENYON has registered as a limited liability partnership, effective January 1, 2006, and has changed its name to KENYON & KENYON LLP.

                                            KENYON & KENYON LLP

Dated: January 6, 2006                By:    /s/ John R. Hutchins
                                                           John R. Hutchins
                                                            Bar No. 456,749
                                                            1500 K. Street, N.W., Suite 700
                                                            Washington, D.C. 20005
                                                            Phone: (202) 220-4217

                                                            ***Attorneys for Defendant/Counterclaim Plaintiff Ford Motor Company***