**ADORNO & YOSS, LLP**
Thomas L. Peterson (Bar No. 392,329)
1000 Vermont Avenue, NW, Suite 450
Washington, DC 20005
Attorneys For Plaintiff
Telephone: (202) 408-5700
Facsimile: (202)408-7677
tpeterson@adorno.com

UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH A. FLEMING } | |
|     Plaintiff } | Civil Action No. 1:05-CV-01333-RWR |
| } | |
| v. } | |
| } | |
| FORD MOTOR COMPANY } | JURY DEMAND |
|     Defendant and Counterclaim Plaintiff } | |

**PLAINTIFF'S ANSWER TO DEFENDANT'S COUNERCLAIMS**

Plaintiff Joseph A. Fleming ("Plaintiff") hereby responds to the counterclaims of Defendant and Counterclaimant Ford Motor Company ("Defendant"). As to the specific paragraphs of the Counterclaims, Plaintiff responds as follows:

1. Plaintiff admits the allegations of Paragraph 1.

2. Upon information and believe, Plaintiff admits the allegations of Paragraph 2.

3. Plaintiff admits the allegations of Paragraph 3.

4. Plaintiff admits the allegations of Paragraph 4.

5. Plaintiff incorporates by reference its responses to Paragraphs 1 – 4 of the Counterclams.

6. Plaintiff admits that it filed suit against Defendant and alleged in its complaint that the Defendant is infringing and/or has infringed the '677 patent as alleged in Paragraph 6. The remaining allegations of Paragraph 6 are denied.

7. Plaintiff denies the allegations of Paragraph 7.

8. Plaintiff denies the allegations of Paragraph 8.

9. Plaintiff denies the allegations of Paragraph 9.

10. Plaintiff incorporates by reference its responses to Paragraphs 1 – 9 of the counterclaims.

11. Plaintiff denies the allegations of Paragraph 11.

12. Plaintiff denies the allegations of Paragraph 12.

13. Plaintiff denies the allegations of Paragraph 13.

Anything not admitted herein is denied.

### FIRST DEFENSE

Defendant's counterclaims fails to state a claim upon which relief can be granted

### SECOND DEFENSE

Defendant's counterclaims are barred by estoppel.

### THIRD DEFENSE

Defendant's counterclaims are bared by waiver.

WHEREFORE, Plaintiff asks that the Court dismiss the counterclaims with prejudice, grant Plaintiff its attorneys' fees and cost and grant such further relief as required by the interest of justice.

RESPECTFULLY SUBMITTED this 13th day of January, 2006

ADORNO & YOSS, LLP

_____
Thomas L. Peterson
Bar No. 392,329
Suite 450
1000 Vermont Avenue, NW
Washington, DC 20005
(202) 408-5700