ADORNO & YOSS, LLP
Thomas L. Peterson (Bar No. 392,329)
1000 Vermont Avenue, NW, Suite 450
Washington, DC 20005
Attorneys For Plaintiff
Telephone: (202) 408-5700
Facsimile: (202)408-7677
tpeterson@adorno.com

## UNITED STATES DISTRICT COURT
## FOR DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOSEPH A. FLEMING | } | |
|     Plaintiff | } | Civil Action No. 1:05-CV-01333-RWR |
| | } | |
| v. | } | |
| | } | |
| FORD MOTOR COMPANY | } | JURY DEMAND |
|     Defendant and Counterclaim Plaintiff | } | |

## PLAINTIFF JOSEPH A. FLEMING'S
## MOTION TO TRANSFER UNDER 28 U.S.C. § 1404

COMES NOW Plaintiff Joseph A. Fleming ("Plaintiff") and files his motion pursuant to 28 U.S.C. § 1404 to transfer the instant case to the United States District Court for the District of Arizona. As set forth in detail in the accompanying brief, unforeseen circumstances have arisen making this District an inconvenient forum for Plaintiff to litigate its just claims against Plaintiff.

Presently before the Court is Defendant and Counterclaim Plaintiff Ford Motor Company's ("Ford"") motion to transfer this case to the Eastern District of Michigan. Thus, the parties agree that this case should be transferred. The only question is transfer to where. The interest of fair administration of justice strongly favors a transfer to the District of Arizona.

WHEREFORE, it is respectfully requested that the Court exercise its discretion and transfer this case to the United States District Court for the District of Arizona. It is further requested that oral argument be scheduled for this motion at the convenience of the Court.

Counsel for Plaintiff has discussed this motion with counsel for Ford and was unable to obtain Ford's consent for the motion or a representation that Ford would not oppose the motion.

RESPECTFULLY SUBMITTED this 27th day of January, 2006

ADORNO & YOSS, LLP

_____
Thomas L. Peterson
Bar No. 392,329
Suite 450
1000 Vermont Avenue, NW
Washington, DC 20005
(202) 408-5700

UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOSEPH A. FLEMING | } | |
| Plaintiff | } | Civil Action No. 1:05-CV-01333-RWR |
| | } | Judge: Richard W. Roberts |
| v. | } | |
| | } | |
| FORD MOTOR COMPANY | } | JURY DEMAND |
| Defendant and Counterclaim Plaintiff | } | |

### [PROPOSED] ORDER GRANTING PLAINTIFF JOSEPH A. FLEMING'S MOTION TO TRANSFER UNDER 28 U.S.C. § 1404

This matter having come for consideration on Plaintiff Joseph A. Fleming's Motion To Transfer Under 28 U.S.C. § 1404 and the brief and documents filed in support thereof,

**IT IS HEREBY ORDERED** that this case is transferred to the United States District Court for the District of Arizona.

_____
The Honorable Judge Richard W. Roberts
U.S. District Court Judge

Order Entered: _____