## U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| ARIZONA | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2005 | 2004 | 2003 | 2002 | 2001 | 2000 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 9,886 | 8,810 | 8,412 | 7,588 | 6,304 | 6,121 | U.S. | Circuit |
| | Terminations | | 8,976 | 8,132 | 8,439 | 7,076 | 5,815 | 5,976 | | |
| | Pending | | 7,139 | 6,262 | 5,637 | 5,734 | 5,295 | 4,855 | | |
| | % Change in Total Filings | Over Last Year | | 12.2 | | | | | 8 | 1 |
| | | Over Earlier Years | | | 17.5 | 30.3 | 56.8 | 61.5 | 4 | 1 |
| | Number of Judgeships | | 13 | 13 | 13 | 12 | 12 | 11 | | |
| | Vacant Judgeship Months** | | .0 | 4.4 | .5 | 15.3 | 37.0 | 47.1 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 760 | 678 | 647 | 632 | 525 | 556 | 6 | 2 |
| | | Civil | 376 | 272 | 256 | 280 | 270 | 297 | 36 | 6 |
| | | Criminal Felony | 278 | 309 | 294 | 283 | 255 | 259 | 4 | 1 |
| | | Supervised Release Hearings** | 106 | 97 | 97 | 69 | - | - | 1 | 1 |
| | Pending Cases | | 549 | 482 | 434 | 478 | 441 | 441 | 14 | 3 |
| | Weighted Filings** | | 651 | 615 | 585 | 613 | 536 | 579 | 5 | 2 |
| | Terminations | | 690 | 626 | 649 | 590 | 485 | 543 | 6 | 2 |
| | Trials Completed | | 16 | 18 | 15 | 16 | 19 | 22 | 60 | 7 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 6.1 | 5.2 | 4.8 | 4.9 | 4.3 | 3.9 | 10 | 2 |
| | | Civil** | 10.2 | 10.4 | 10.0 | 10.7 | 10.8 | 10.7 | 52 | 9 |
| | From Filing to Trial** (Civil Only) | | 31.0 | 30.7 | 34.0 | 37.8 | 36.7 | 34.0 | 70 | 8 |
| | Civil Cases Over 3 Years Old** | Number | 251 | 202 | 196 | 237 | 249 | 241 | | |
| | | Percentage | 5.1 | 5.5 | 5.7 | 6.6 | 7.0 | 7.0 | 44 | 5 |
| OTHER | Average Number of Felony Defendants Filed Per Case | | 1.3 | 1.2 | 1.2 | 1.3 | 1.2 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 63.35 | 51.19 | 60.58 | 52.55 | 68.12 | 62.12 | | |
| | | Percent Not Selected or Challenged | 35.4 | 34.6 | 41.1 | 42.7 | 45.1 | 47.3 | | |

| 2005 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 4887 | 148 | 51 | 2911 | 97 | 22 | 107 | 343 | 178 | 151 | 512 | 6 | 361 |
| Criminal* | 3610 | 504 | 350 | 2039 | 228 | 54 | 190 | 70 | 4 | 57 | 38 | 44 | 32 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."