# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| MICHIGAN EASTERN | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2005 | 2004 | 2003 | 2002 | 2001 | 2000 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 6,403 | 5,679 | 5,843 | 5,706 | 5,432 | 6,294 | | |
| | Terminations | | 5,796 | 5,534 | 5,400 | 5,585 | 5,416 | 6,771 | | |
| | Pending | | 20,731 | 20,097 | 19,876 | 19,441 | 19,342 | 19,373 | | |
| | % Change in Total Filings | Over Last Year | | 12.7 | | | | | 7 | 1 |
| | | Over Earlier Years | | | 9.6 | 12.2 | 17.9 | 1.7 | 47 | 5 |
| | Number of Judgeships | | 15 | 15 | 15 | 15 | 15 | 15 | | |
| | Vacant Judgeship Months** | | 36.0 | 27.5 | 24.0 | 24.0 | 20.0 | 18.1 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 427 | 379 | 389 | 380 | 362 | 420 | 54 | 5 |
| | | Civil | 375 | 325 | 329 | 327 | 329 | 387 | 39 | 4 |
| | | Criminal Felony | 36 | 40 | 45 | 40 | 33 | 33 | 85 | 9 |
| | | Supervised Release Hearings** | 16 | 14 | 15 | 13 | - | - | 57 | 9 |
| | Pending Cases | | 1,382 | 1,340 | 1,325 | 1,296 | 1,289 | 1,292 | 2 | 1 |
| | Weighted Filings** | | 431 | 406 | 426 | 404 | 387 | 396 | 58 | 8 |
| | Terminations | | 386 | 369 | 360 | 372 | 361 | 451 | 69 | 9 |
| | Trials Completed | | 11 | 12 | 11 | 13 | 13 | 11 | 81 | 7 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 13.0 | 11.4 | 9.8 | 11.0 | 11.4 | 10.1 | 90 | 9 |
| | | Civil** | 9.9 | 9.7 | 9.7 | 9.4 | 9.4 | 9.7 | 50 | 3 |
| | From Filing to Trial** (Civil Only) | | 22.0 | 22.0 | 23.8 | 21.0 | 21.7 | 20.5 | 36 | 2 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 14,935 | 14,923 | 14,876 | 14,857 | 14,763 | 10,456 | | |
| | | Percentage | 75.1 | 77.5 | 77.8 | 79.1 | 78.7 | 55.7 | 93 | 9 |
| | Average Number of Felony Defendants Filed Per Case | | 1.6 | 1.6 | 1.5 | 1.6 | 1.8 | 1.9 | | |
| | Jurors | Avg. Present for Jury Selection | 57.80 | 56.08 | 61.29 | 44.52 | 38.79 | 39.34 | | |
| | | Percent Not Selected or Challenged | 51.4 | 44.4 | 52.4 | 44.0 | 38.0 | 42.1 | | |

| 2005 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 5625 | 260 | 689 | 1006 | 84 | 74 | 636 | 953 | 324 | 208 | 858 | 8 | 525 |
| Criminal* | 537 | 41 | 144 | 40 | 124 | 78 | 27 | 15 | 18 | 8 | 11 | 17 | 14 |

\*  Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."