UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOSEPH A. FLEMING, | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| vs. | } | Case No. 1:05CV01333 |
| | } | |
| FORD MOTOR COMPANY, | } | JUDGE: Richard W. Roberts |
| | } | |
| Defendant. | } | |
| | } | |
| | } | |

**[PROPOSED] ORDER DENYING PLAINTIFF FLEMING'S
MOTION TO TRANSFER UNDER 28 U.S.C. § 1404(A)**

Upon the reading and consideration of Plaintiff Fleming's Motion to Transfer and the brief and documents filed in support and opposition thereto, and the court being fully advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiff's motion is **DENIED**.

_____
Richard W. Roberts
U.S. District Court Judge

Order Entered: _____